# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132599

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE BRANDON NELSON BORDINAT, Minor.

_____

PEOPLE OF THE STATE OF MICHIGAN,
     Petitioner-Appellee,

v

                                            SC: 132599
                                            COA: 261116
                                            Oakland CC
                                            Family Division: 2004-689281-DL

BRANDON NELSON BORDINAT,
     Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

                                   Clerk

s0416